# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JAMON DEMETRIUS JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY MCLAUGHLIN, *et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 5:16-CV-142 (MTT) |

## ORDER

This case is presently before the Court on the Plaintiff's Motion to Alter or Amend Judgment (Doc. 35) in which he requests that the Court reconsider and set aside the final order and judgment entered in this case on October 28, 2016. The Plaintiff's motion, however, does not identify any valid basis for reconsideration; nor does his motion persuade the Court that a reopening of this case is warranted for any other reason. *See* Fed. R. Civ. P. 60(b). The Plaintiff was given multiple opportunities to amend prior to the dismissal of his complaint without prejudice, and the Court finds no clear error in the Order of Dismissal (Doc. 29). The Plaintiff's Motion to Alter or Amend is therefore **DENIED**.

**SO ORDERED** this 7th day of March, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT